# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

NO.  2022 CW 0663

SENIORS' CLUB, L.L.C., A
LOUISIANA LIABILITY COMPANY,
SENIOR'S CLUB ADHC AND PCA
CENTER (LOUISIANA MEDICAID
PROVIDER NO. 17259),
SENIOR'S CLUB ADULT DAY
HEALTH (LOUISIANA MEDICAID
PROVIDER NO. 56088),
SENIOR'S CLUB (LOUISIANA
MEDICAID PROVIDER NO.
11460), MRS. KAREN R. MCCOY,
AND MR. T.J. MCCOY, JR.

VERSUS

STATE OF LOUISIANA, THROUGH
THE DEPARTMENT OF HEALTH AND
HOSPITALS; HON. KATHY H.
KLIEBERT, IN HER OFFICIAL
CAPACITY AS SECRETARY,
LOUISIANA DEPARTMENT OF
HEALTH AND HOSPITALS

**SEPTEMBER 26, 2022**

---

In Re:    Seniors' Club LLC, Senior's Club ADHC and PCA Center,
          Senior's Club Adult Day Health, Senior's Club, Mr T.J.
          McCoy, Jr. and Mrs. Karen R. McCoy, applying for
          supervisory writs, 19th Judicial District Court,
          Parish of East Baton Rouge, No. 630653.

---

**BEFORE:   THERIOT, CHUTZ, AND HESTER, JJ.**

**WRIT DENIED.**

                         MRT
                         WRC
                         CHH

COURT OF APPEAL, FIRST CIRCUIT

*a.SmD*

---
DEPUTY CLERK OF COURT
    FOR THE COURT